JOSEPH H. SULZBACHER, Respondent, *v.* J. CAWTHRA & COMPANY (Limited), Appellant.

Reported below, 14 Misc. Rep. 545.
(Argued February 17, 1896; decided March 3, 1896.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made December, 1895, which affirmed an order of Special Term

denying defendant's motion to reduce the amount of a warrant of attachment, and granting plaintiff's motion to amend the warrant.

*Emmanuel Blumenstiel* for appellant.

*Charles Strauss* for respondent.

Order affirmed, with costs, on opinion below.
All concur.